[No. 4646–0–III.   Division Three.   March 10, 1983.]

SUPERIOR REFUSE REMOVAL, INC., *Appellant,* v. THE CITY OF OTHELLO, *Respondent*.

Appeal from a judgment of the Superior Court for Adams

County, No. 12955, Willard A. Zellmer, J., entered July 2, 1981. *Affirmed* by unpublished opinion per Munson, J., concurred in by Roe, C.J., and Green, J.